

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GEORGE ALEJOS and YOLANDA ALEJOS, | § | No. 08-23-00321-CV |
| | § | Appeal from |
| Appellants, | § | 57th Judicial District Court |
| v. | § | of Bexar County, Texas |
| JOHN VANCE and DEPOLOS, INC., | § | (TC# 2016-CI-07128) |
| Appellees. | § | |
| | § | |

## **JUDGMENT**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's final judgment and remand for proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF SEPTEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.